**FILED**

MAY – 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>KHANH NGOC QUACH,<br><br>　　　　Defendant(s).　　　　／ | No. 08-MJ-70213 HRL<br><br>**ADDENDUM TO ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE BOND AND ORDER TO DEFENDANT TO APPEAR** |

ADDENDUM

Good cause appearing, this court's Order Setting Conditions of Release and Appearance Bond (the "Bond") dated 4/28/08, is amended as follows.

1) The amount of the Bond is increased from $300,000 to $400,000;

2) The additional $100,000 shall be secured by property with sufficient equity owned by Connie Quach and Minh Duong, located at 902 Walnut Avenue, Long Beach, CA 90813;

3) A deed of trust in favor of The United States having already been executed on the Walnut Avenue property, Connie Quach and Minh Duong shall appear in court and sign the Bond as sureties by May 16, 2008.

All other terms and conditions of the Bond are unchanged.

ORDER TO APPEAR

Defendant is ordered to appear at the U.S. District Court, 515 Rusk St., Houston, Texas on May 15, 2008 at 10:00 a.m. before Magistrate Judge Malloy.

SO ORDERED.

DATED: 5/6/08

_____
Magistrate Judge Howard R. Lloyd